# Order

Michigan Supreme Court
Lansing, Michigan

May 12, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137749(83)

RICHARD R. ROBERTS and STACEY D.
ROBERTS,

      Plaintiffs-Appellants,

v

ROBERT L. SAFFELL and JOANNE O.
SAFFELL,

      Defendants-Appellees.

_____

SC: 137749
COA: 275458
Leelanau CC: 05-007063-CK

      On order of the Chief Justice, the motion by the Michigan Association of Realtors for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2009

                                      Clerk